William J. Corbett  
vs.  
Lucinda C. Penhall, Exec. et als. } Eq. No. 11659.

October 10, 1932.

CHURCHILL, J. Heard on demurrer and demurrer sustained on the ground that the complainant has not exhausted his legal remedy under the provisions of Section 52, Chapter 363, General Laws of 1923.

For complainant: William J. Brown.

For respondents: Atwood, Remington, Thomas & Levy.